1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHESTER L. JOHNSON,                        Case No.  1:22-cv-00017-AWI-SKO

12                    Plaintiff,                  ORDER DIRECTING THE CLERK OF
                                                 COURT TO CLOSE THE CASE
13          v.
                                                 (Doc. 10)
14    THE PRUDENTIAL INSURANCE
      COMPANY OF AMERICA,
15
16                    Defendant.
17

18

19          On April 22, 2022, the parties filed a joint stipulation dismissing the action with prejudice.

20    (Doc. 10.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P.

21    41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been

22    dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

23
      IT IS SO ORDERED.
24
25    Dated:  __**April 25, 2022**__              _____*/s/ Sheila K. Oberto*_____
26                                                UNITED STATES MAGISTRATE JUDGE

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28